Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MICHAEL NICHOLAS SMITH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL NICHOLAS SMITH,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>UNIFUND CCR, LLC, an Ohio limited liability company; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 3:14-CV-00216-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, MICHAEL NICHOLAS SMITH, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MICHAEL NICHOLAS SMITH, hereby dismisses, with prejudice, all claims made by him against all Defendants in his Complaint filed herein on January 14, 2014.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

Dated:  April 7, 2014　　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL NICHOLAS SMITH